**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| JASON R. OVALLE,<br><br>    Plaintiff,<br><br>v.<br><br>ASTRA BUSINESS SERVICES PRIVATE LIMITED CORP.,<br><br>    Defendant. | Case No. 2:21-cv-00123 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JASON R. OVALLE ("Plaintiff") and ASTRA BUSINESS SERVICES PRIVATE LIMITED CORP. ("Defendant") hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

| | |
|---|---|
| DATED: August 26, 2021 | Respectfully submitted,<br><br>**JASON R. OVALLE**<br><br>/s/ Marwan R. Daher<br>Marwan R. Daher, Esq.<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, Ltd<br>2500 South Highland Avenue Suite 200<br>Lombard, IL 60148<br>Telephone: (630) 537-1770<br>mdaher@sulaimanlaw.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                           */s/ Marwan R. Daher*
                                           Marwan R. Daher, Esq.