# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| JASON R. OVALLE,<br><br>   Plaintiff,<br><br>v.<br><br>ASTRA BUSINESS SERVICES PRIVATE LIMITED CORP.,<br><br>   Defendant. | Case No. 2:21-cv-00123 |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, Jason R. Ovalle, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, Astra Business Services Private Limited Corp., without prejudice, with all parties to bear their own attorney's fees and cost. Unless the parties file a notice of dismissal with prejudice sooner, in 60 days, the dismissal shall convert to with prejudice.

Dated: October 25, 2021

Respectfully submitted,

**JASON R. OVALLE**

By: */s/ Marwan R. Daher*

Marwan R. Daher, Esq.
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mdaher@sulaimanlaw.com